## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Hector Fernando Martinez Acosta,

                       Case No. 26-cv-11319

           Petitioner,           Hon. Jonathan J.C. Grey

v.

U.S. Citizenship and Immigration
Services et al.,

           Defendants.

_____/

## ORDER OF DISMISSAL

On June 2, 2026, Petitioner Hector Fernando Martinez Acosta filed an unopposed motion to dismiss the above-captioned case (ECF No. 5). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2) and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

                      **s/Jonathan J.C. Grey**
                      Jonathan J.C. Grey

Dated:  June 10, 2026        United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on Dated:  June 10, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager
